JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

LUIS ANDRES VILLALABA-GONZALEZ,

              Petitioner,

              v.

ELISEO RICOLCOL, Warden,

              Respondent.

Case No. 5:25-cv-01199-PA (DTB)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  April 20, 2026

PERCY ANDERSON
United States District Judge

1